# Exhibit B



custom color

# WALLPAPER

match your unique decor and style.

SHOP NOW (/WALLPAPER.HTML)

removeable

## MATERIAL


(/materials)
GLISSADE PAPER


(/materials)
SMOOTH VINYL


(/materials)
WOVEN FABRIC


(/materials)
GRASSCLOTH VINYL

## Our Materials

All of our materials are damage-free and easy to remove. Order custom color samples today to test our materials in person.

All of our materials are damage-free and easy to remove. Order custom color samples today to test our materials in person.

## real customers, real homes

tag us @lovevsdesign and we may feature your home on our site!

# real homes

from real customers



## Private Prairie

in custom colors silk, salt, & mist
shared by @spacelivinggrace

(/wallpaper/private-prairie-wallpaper.html?wallpaper_color_filter=Grey)



## Antique Garden

in custom colors rain & earth
shared by @lanadmitruks

(/wallpaper/antique-garden-wallpaper.html?wallpaper_color_filter=Neutral)



## Blossom Orchard

in custom colors wheat, laurel, & rosem
shared by @growgardnergrow

(/wallpaper/blossom-orchard-wallpaper.html?wallpaper_color_filter=Neutral)

←

→

# see what's NEW

We add new designs to our 1500+ pattern collection each month.

Pictured - Floral Abundance Wallpaper (/wallpaper/floral-abundance-wallpaper.html)

## Floral Abundance

Pictured - Peony Vines Wallpaper (/wallpaper/peony-vines-wallpaper.html)

SHOP BY NEW (/WALLPAPER.HTML?DIR=DESC&ORDER=CREATED_AT)

Pictu - Robi & Vine (/wallpaper/rob and- vines- wallpaper.html)

## Robin & Vines

Pictu - Garc Nouv Wall (/wallpape nouveau- wallpaper

## Garde Nouve

Peony Vines

SHOP BY NEW (/WALLPAPER.HTML?DIR=DESC&ORDER=CREATED_AT)

Shop our Smooth peel & stick wallpaper! (/wallpaper.html)

# large custom SAMPLES

Sample all of our materials in the custom colors of your choice for only $6. Add on our large color swatches to sample up to 8 colors in your home.

SHOP NOW (/WALLPAPER.HTML)

real customer photo by @bcouturephoto

Shop our Smooth peel & stick wallpaper!
real customer photo by @bcouturephoto
(/wallpaper.html)

# large custom SAMPLES

Sample all of our materials in the custom colors of your choice for only $6. Add on our large color swatches to sample up to 8 colors in your home.

SHOP NOW (/WALLPAPER.HTML)

# all of our FAVES

Shop the designs that our customers love to use in their homes.

Pictured - Wildflower Print Wallpaper (/wallpaper/wildflower-print-wallpaper.html)

Wildflower Print

Pictured - Polling Paradise Wallpaper (/wallpaper/pollin-paradise-wallpaper.html)

Pollinator Paradise

Pictured - Floral Medallion Wallpaper (/wallpaper/floral-medallion-wallpaper.html)

Floral Medallion

BESTSELLERS (/WALLPAPER.HTML?DIR=DESC&ORDER=BESTSELLERS)

Pictured - Mod Herons Wallpaper (/wallpaper/mod-herons-wallpaper.html)

BESTSELLERS (/WALLPAPER.HTML?DIR=DESC&ORDER=BESTSELLERS)

Mod Herons

update your

# GUEST ROOM

SHOP NOW (/WALLPAPER/WILD-TRELLIS-WALLPAPER.HTML)

@orangegrove.home profile picture

@orangegrove.home

"I finally got to our guest room and I could not be more happy with how it turned out. Thank you to Love Vs Design for your incredible wallpaper as always! I love working with them"

Pictured - Wild Trellis Wallpaper, project by @orangegrove.home (/wallpaper/wild-trellis-wallpaper.html)

Wild Trellis Wallpaper

GRACIE'S CUSTOM COLORS

DUSTY SLIPPER WHITE

(/wallpaper/wild-trellis-wallpaper.html)

refresh your
# BEDROOM

SHOP NOW (/WALLPAPER/PRIVATE-PRAIRIE-WAL

Pictured - Private Prairie Wallpaper, project by @spacelivinggrace (/wallpaper/private-prairie-wallpaper.html) Private Prairie Wallpaper

@spacelivinggrace profile picture

@spacelivinggrace

"Bedroom wall got an upgrade and I am so happy with it!!! Checkout this gorgeous wallpaper from Love Vs Design - super easy to install and great quality."

GRACIE'S CUSTOM COLORS

SILK SALT WHITE MIST

(/wallpaper/private-prairie-wallpaper.html)

## shop our instagram

tag us @lovevsdesign for a chance to get your room featured