# Exhibit C

Merchant & Gould

A Technology & Innovation Law Firm

Jeffrey D. Blake
404.954.5040
jblake@merchantgould.com

**VIA MAIL AND ELECTRONIC MAIL**

July 3, 2025

Love vs. Design
109 N 300 W
Washington, UT 84780
Email: support@lovevsdesign.com

Re: Tempaper U.S. Patent No. 8,367,176

Dear Sir or Madam:

I represent Tempaper & Co. ("Tempaper") in intellectual property matters. Tempaper has invested significant time and money developing intellectual property rights in its innovative products, including its peel and stick, removable wallpaper products. Tempaper values this intellectual property, and Tempaper takes the necessary steps to protect that property. I write concerning Tempaper's U.S. Patent No. 8,367,176 ("the '176 Patent") (copy enclosed), which covers peel and stick, removable wallpaper.

Tempaper has discovered that Love vs. Design is marketing a Peel and Stick wallpaper that is removable, as demonstrated by the section of the Love vs. Design website attached as Exhibit A. Tempaper obtained a sample of the Love vs. Design Peel and Stick removable wallpaper, and Tempaper had that sample tested. As a result of that testing (and Tempaper's visual inspection), it is clear to Tempaper that at least Claim 1 of the '176 Patent is relevant to the Love vs. Design Peel and Stick removable wallpaper product. As such, Tempaper is writing to put Love vs. Design on actual notice of the '176 Patent.

Tempaper requests that Love vs. Design review the '176 Patent and take any action necessary to ensure that Love vs. Design or any Love vs. Design customer does not infringe (either literally or under the Doctrine of Equivalents) any of the claims of the '176 Patent. To be clear, Tempaper is interested in an amicable business resolution of this matter. To the extent that Love vs. Design is interested in a license to the '176 Patent, Tempaper is willing to enter into discussions of reasonable license terms. Moreover, if desired by Love vs. Design, Tempaper is willing to enter into a suitable confidentiality agreement to further any discussions and potential licensing.

Tempaper hopes that we are able to come to a mutually-beneficial resolution in this matter. In that light, please feel free to call me with any questions.

Very truly yours,

MERCHANT & GOULD P.C.

Jeffrey D. Blake

Encls.




removeable

# MATERIAL


(/materials)

GLISSADE PAPER


(/materials)

SMOOTH VINYL


(/materials)

WOVEN FABRIC


(/materials)

GRASSCLOTH VINYL

# Our Materials

All of our materials are damage-free and easy to remove. Order custom color samples today to test our materials in person.

All of our materials are damage-free and easy to remove. Order custom color samples today to test our materials in person.

## real customers, real homes

tag us @lovevsdesign and we may feature your home on our site!

# real homes

from real customers



## Private Prairie

in custom colors silk, salt, & mist
shared by @spacelivinggrace

(/wallpaper/private-prairie-wallpaper.html?wallpaper_color_filter=Grey)



## Antique Garden

in custom colors rain & earth
shared by @lanadmitruks

(/wallpaper/antique-garden-wallpaper.html?wallpaper_color_filter=Neutral)



## Blossom Orchard

in custom colors wheat, laurel, & rosem
shared by @growgardnergrow

(/wallpaper/blossom-orchard-wallpaper.html?wallpaper_color_filter=Neutral)

←  →

---

# see what's NEW

We add new designs to our 1500+ pattern collection each month.

Pictured - Floral Abundance Wallpaper (/wallpaper/floral-abundance-wallpaper.html)

Floral Abundance

Pictu - Robi & Vine (/wallpaper/rob and- vines- wallpaper.html)

Pictu - Garc Nouv Wall (/wallpape nouveau- wallpaper

Robin & Vines

Garde Nouve

Pictured - Peony Vines Wallpaper (/wallpaper/peony-vines-wallpaper.html)

SHOP BY NEW (/WALLPAPER.HTML?DIR=DESC&ORDER=CREATED_AT)

SHOP BY NEW (/WALLPAPER.HTML?DIR=DESC&ORDER=CREATED_AT)

Peony Vines

Shop our Smooth peel & stick wallpaper! (/wallpaper.html)

large custom
# SAMPLES

Sample all of our materials in the custom colors of your choice for only $6. Add on our large color swatches to sample up to 8 colors in your home.

SHOP NOW (/WALLPAPER.HTML)

real customer photo by @bcouturephoto

Shop our Smooth peel & stick wallpaper!

real customer photo by @bcouturephoto

(/wallpaper.html)

large custom
# SAMPLES

Sample all of our materials in the custom colors of your choice for only $6. Add on our large color swatches to sample up to 8 colors in your home.

SHOP NOW (/WALLPAPER.HTML)

all of our
# FAVES

Shop the designs that our customers love to use in their homes.

Pictured - Wildflower Print Wallpaper (/wallpaper/wildflower-print-wallpaper.html)

Wildflower Print

Pictured - Pollinator Paradise Wallpaper (/wallpaper/pollinator-paradise-wallpaper.html)

Pictured - Floral Medallion Wallpaper (/wallpaper/floral-medallion-wallpaper.html)

Pollinator Paradise

Floral Medallion

BESTSELLERS (/WALLPAPER.HTML?DIR=DESC&ORDER=BESTSELLERS)

Pictured - Mod Herons Wallpaper (/wallpaper/mod-herons-wallpaper.html)

BESTSELLERS (/WALLPAPER.HTML?DIR=DESC&ORDER=BESTSELLERS)

Mod Herons

update your

# GUEST ROOM

SHOP NOW (/WALLPAPER/WILD-TRELLIS-WALLPAPER.HTML)

@orangegrove.home profile picture

@orangegrove.home

"I finally got to our guest room and I could not be more happy with how it turned out. Thank you to Love Vs Design for your incredible wallpaper as always! I love working with them"

Pictured - Wild Trellis Wallpaper, project by @orangegrove.home (/wallpaper/wild-trellis-wallpaper.html)

Wild Trellis Wallpaper

GRACIE'S CUSTOM COLORS

DUSTY SLIPPER WHITE

(/wallpaper/wild-trellis-wallpaper.html)

Pictured - Private Prairie Wallpaper, project by @spacelivinggrace (/wallpaper/private-prairie-wallpaper.html)

Private Prairie Wallpaper

refresh your

# BEDROOM

SHOP NOW (/WALLPAPER/PRIVATE-PRAIRIE-WAL

@spacelivinggrace profile picture

@spacelivinggrace

"Bedroom wall got an upgrade and I am so happy with it!!! Checkout this gorgeous wallpaper from Love Vs Design - super easy to install and great quality."

GRACIE'S CUSTOM COLORS

SILK SALT WHITE MIST

(/wallpaper/private-prairie-wallpaper.html)

## shop our instagram

tag us @lovevsdesign for a chance to get your room featured