*Proposed and Submitted By:*

James T. Burton (#11875)
Michael A. Eixenberger (#16446)
**KIRTON | MCCONKIE**
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 328-3600
jburton@kmclaw.com
meixenberger@kmclaw.com

Jeffrey D. Blake (*Pro Hac Vice Forthcoming*)
**MERCHANT & GOULD P.C.**
191 Peachtree Street N.E., Suite 3800
Atlanta, GA 30303
Telephone: (404) 954-5100
Facsimile: (404) 954-5099
jblake@merchantgould.com

*Counsel for Plaintiff Lolliprops Inc. d/b/a Tempaper & Co.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| LOLLIPROPS INC. D/B/A TEMPAPER & CO.,<br><br>Plaintiff,<br><br>vs.<br><br>LOVE VS. DESIGN,<br><br>Defendant. | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT D TO PLAINTIFF'S COMPLAINT**<br><br>Civil Action No. 2:26-cv-00822<br><br>Judge ______________________ |

The Court, having reviewed Plaintiff Lolliprops Inc. d/b/a Tempaper & Co.'s ("Tempaper") Motion for Leave to File Under Seal Exhibit D to its Complaint, and good cause

appearing therefor, hereby GRANTS the Motion and ORDERS that Exhibit D to Tempaper's Complaint be permanently sealed.

IT IS SO ORDERED.

DATED: _____________, 2026. BY THE COURT

________________________________
U.S. Magistrate Judge, District of Utah