James T. Burton (#11875)
Michael A. Eixenberger (#16446)
**KIRTON | MCCONKIE**
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 328-3600
jburton@kmclaw.com
meixenberger@kmclaw.com

Jeffrey D. Blake (*Pro Hac Vice Forthcoming*)
**MERCHANT & GOULD P.C.**
191 Peachtree Street N.E., Suite 3800
Atlanta, GA 30303
Telephone: (404) 954-5100
Facsimile: (404) 954-5099
jblake@merchantgould.com

*Counsel for Plaintiff Lollipops Inc. d/b/a Tempaper & Co.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| LOLLIPROPS INC. D/B/A TEMPAPER & CO.,<br><br>Plaintiff,<br><br>vs.<br><br>LOVE VS. DESIGN,<br><br>Defendant. | **RULE 7.1 DISCLOSURE STATEMENT**<br><br>Civil Action No. 2:26-cv-00822<br><br>Judge ______________________________<br><br>**Jury Trial Demanded** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Lollipops Inc. d/b/a Tempaper & Co. (“Tempaper”) states that there are no parent corporations or publicly held corporations owning 10% or more of its stock.

DATED this 3rd day of September 2026.

Respectfully submitted,

**KIRTON | McCONKIE**

By: *<u>/s/ Michael A. Eixenberger</u>*
James T. Burton
Michael A. Eixenberger

Jeffrey D. Blake
*Pro Hac Vice Forthcoming*
**MERCHANT & GOULD P.C.**

*Counsel for Plaintiff*
*Lolliprops Inc. d/b/a Tempaper & Co.*